# UNITED STATES DISTRICT COURT

## District of Minnesota

Victor Hugo Suarez Gualoto

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00158-KMM-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Petitioner. Such release shall be on the same terms and conditions that governed Victor S.G. through the original OREC.

4. Finally, the Court **ORDERS** Respondents to file notice on the docket within 24 hours of Petitioner's release, confirming that the release has occurred.

Date: 1/16/2026

KATE M. FOGARTY, CLERK